IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JINDAL TUBULAR USA, LLC                      PLAINTIFF

VERSUS                        CIVIL ACTION NO.: 3:17-CV-804 LG-LRA

GILMORE PIPE SALES, LLC                   DEFENDANT

**NOTICE OF SERVICE OF INITIAL DISCLOSURE OF CORE INFORMATION**

TO:    James R. Moore, Jr.
Ian Austin
COPELAND COOK TAYLOR & BUSH, PA
1076 Highland Colony Parkway
Concourse 600, Suite 100
Ridgeland, MS 39157

P.O. Box 6020
Ridgeland, MS 39158-6020
jmoore@cctb.com
iaustin@cctb.com

**NOTICE IS HEREBY GIVEN** that Plaintiff Jindal Tubular USA, LLC, has this date served upon the above-named party / counsel, the following document:

**Plaintiff's Initial Disclosure of Core Information.**

Respectfully submitted, this the 7th day of May, 2018.

                                 **JINDAL TUBULAR USA, LLC**

                       BY:    s/ *Armin J. Moeller, Jr.*
                                 DAVID M. THOMAS, II (MSB# 8120)
                                 ARMIN J. MOELLER, JR. (MSB# 3399)
                                 BALCH & BINGHAM LLP
                                 188 East Capitol Street, Suite 1400
                                 Jackson, MS 39201
                                 Telephone: (601) 961-9900
                                 Fax: (866) 230-9968
                                 dthomas@balch.com
                                 amoeller@balch.com

255863.1

**CERTIFICATE OF SERVICE**

I, the undersigned counsel, do hereby certify that on May 7, 2018, I have electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

>James R. Moore, Jr.
>Ian Austin
>COPELAND COOK TAYLOR & BUSH, PA
>1076 Highland Colony Parkway
>Concourse 600, Suite 100
>Ridgeland, MS 39157
>
>P.O. Box 6020
>Ridgeland, MS 39158-6020
>jmoore@cctb.com
>iaustin@cctb.com

>>s/ *David M. Thomas, II*
>>DAVID M. THOMAS, II